**No. 58783.**—H. Teason Wool Waste Co. *v.* United States, protest 236466–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58784.**—Thos. Cook & Son, Inc. *v.* United States, protest 236349–K (New York).

Opinion by JOHNSON, J. When the case was called for trial, counsel for the Government moved to dismiss the protest on the ground that it was untimely. A representative of the plaintiff stated that the firm did not find out until 7 months after entry that the goods were of American manufacture. It appearing from the official papers that the protest was filed more than 60 days after liquidation, it was dismissed as untimely. (Section 514, Tariff Act of 1930.)